AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            CALIFORNIA

**APPEARANCE**

Case Number:    07mj2833-BLM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WINSTON ROBERTO ALI-GUTIERREZ

\*\*I am co-counsel on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/17/2007 | /s/ NORMA A. AGUILAR |
| Date | Signature |
| | Norma A. Aguilar / Federal Defenders of SD    211088 |
| | Print Name                              Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number                            Fax Number |