UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.** 07mj2833-BLM |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| WINSTON ROBERTO ALI-GUTIERREZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of her information and belief, and that a copy of the foregoing has been electronically served

this day upon:

Assistant United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: December 17, 2007

*/s/ Norma Aguilar*
**NORMA A. AGUILAR**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: Norma_Aguilar@fd.org